IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | NO. 24-4949 |
| BELLES CAMP COMMUNICATIONS, INC., et al. | : : | |

ORDER

AND NOW, this 16th day of April 2024, it is hereby ORDERED that:

(1) the Court will hold a status conference as to the above action on Thursday, April 18, 2024, at 10:00 a.m. in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey.

(2) Among other issues, counsel should be prepared to discuss:

    (a)  subject matter jurisdiction;

    (b)  assignment of individual claims to Atlas;

    (c)  time to answer or otherwise respond to the complaints;

    (d)  expected defenses;

    (e)  discovery;

    (f)  scheduling, including stays and

    (g)  bellwether cases.

-2-

(3) This action is stayed through April 18, 2024.

BY THE COURT:

/s/ Harvey Bartle III
                    J.