**BLANK ROME LLP**
*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANELLA (DNJ admission forthcoming)
GREGORY A. BAILEY
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile:  (609) 897-7286
Stephen.Orlofsky@BlankRome.com
Philip.Yanella@BlankRome.com
Gregory.Bailey@BlankRome.com

*Attorneys for Defendant*
*Belles Camp Communications, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BELLES CAMP COMMUNICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:24-cv-04949-HB<br><br>*Electronically Filed*<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Gregory A. Bailey of the law firm Blank Rome LLP appears as counsel for Defendant Belles Camp Communications, Inc. in the above-captioned matter.

Dated:  April 17, 2024                                                  Respectfully submitted,

/s/ *Gregory A. Bailey*
GREGORY A. BAILEY
**BLANK ROME LLP**

*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANELLA (DNJ admission forthcoming)
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile:  (609) 897-7286
Stephen.Orlofsky@BlankRome.com
Philip.Yanella@BlankRome.com
Gregory.Bailey@BlankRome.com

*Attorneys for Defendant*
*Belles Camp Communications, Inc.*