**BLANK ROME LLP**
*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANELLA (DNJ admission forthcoming)
GREGORY A. BAILEY
THOMAS CIALINO
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile:  (609) 897-7286
Stephen.Orlofsky@BlankRome.com
Philip.Yanella@BlankRome.com
Gregory.Bailey@BlankRome.com
Thomas.Cialino@BlankRome.com

*Attorneys for Defendant*
*Belles Camp Communications, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BELLES CAMP COMMUNICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:24-cv-04949-HB<br><br>*Electronically Filed*<br><br>**DEFENDANT BELLES CAMP COMMUNICATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Belles Camp Communications, Inc., by and through its attorneys, hereby states as follows:

Belles Camp Communications, Inc. does not have a parent corporation or any publicly held corporation owning 10% or more of its stock. It is wholly owned by Paul Kulas.

Dated: April 17, 2024

Respectfully submitted,

**BLANK ROME LLP**
*A Pennsylvania LLP*

*/s/ Stephen M. Orlofsky*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANELLA (DNJ admission forthcoming)
GREGORY A. BAILEY
THOMAS CIALINO
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile: (609) 897-7286
Stephen.Orlofsky@BlankRome.com
Philip.Yanella@BlankRome.com
Gregory.Bailey@BlankRome.com
Thomas.Cialino@BlankRome.com

*Attorneys for Defendant*
*Belles Camp Communications, Inc.*