```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY                :    CIVIL ACTION
CORPORATION, et al.               :
                                  :
         v.                       :
                                  :    NO. 24-3993
BLACKBAUD, INC., et al.           :
_____

ATLAS DATA PRIVACY                :    CIVIL ACTION
CORPORATION, et al.               :
                                  :
         v.                       :
                                  :    NO. 24-3998
WHITEPAGES, INC., et al.          :
_____

ATLAS DATA PRIVACY                :    CIVIL ACTION
CORPORATION, et al.               :
                                  :
         v.                       :
                                  :    NO. 24-4000
HIYA, INC., et al.                :
_____

ATLAS DATA PRIVACY                :    CIVIL ACTION
CORPORATION, et al.               :
                                  :
         v.                       :
                                  :    NO. 24-4037
WE INFORM, LLC, et al.            :
_____

ATLAS DATA PRIVACY                :    CIVIL ACTION
CORPORATION, et al.               :
                                  :
         v.                       :
                                  :    NO. 24-4041
INFOMATICS, LLC, et al.           :
_____
```

-2-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4045 |
| THE PEOPLE SEARCHERS, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4073 |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4075 |
| DM GROUP, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4077 |
| CARCO GROUP INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4080 |
| DELUXE CORPORATION, et al. | : | |

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :        NO. 24-4095
TWILIO INC., et al.             :
_____

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :        NO. 24-4096
DELVEPOINT, LLC, et al.         :
_____

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :        NO. 24-4098
QUANTARIUM ALLIANCE, LLC,       :
et al.                          :
_____

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :        NO. 24-4103
YARDI SYSTEMS, INC., et al.     :
_____

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :        NO. 24-4104
6SENSE INSIGHTS, INC.,          :
et al.                          :
_____
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | NO. 24-4105 |
| LIGHTBOX PARENT, L.P.,<br>et al. | : <br>: | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | NO. 24-4106 |
| SEARCH QUARRY, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | NO. 24-4107 |
| ACXIOM, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | NO. 24-4110 |
| ENFORMION, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | NO. 24-4111 |
| COSTAR GROUP, INC., et al. | : | |

```
ATLAS DATA PRIVACY              :      CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :      NO. 24-4112
ORACLE INTERNATIONAL            :
CORPORATION, et al.             :
_____

ATLAS DATA PRIVACY              :      CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :      NO. 24-4113
RED VIOLET, INC., et al.        :
_____

ATLAS DATA PRIVACY              :      CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :      NO. 24-4114
RE/MAX, LLC, et al.             :
_____

ATLAS DATA PRIVACY              :      CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :      NO. 24-4141
DIGITAL SAFETY PRODUCTS,        :
LLC, et al.                     :
_____

ATLAS DATA PRIVACY              :      CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :      NO. 24-4143
CIVIL DATA RESEARCH             :
_____
```

-6-

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| SCALABLE COMMERCE, LLC, et al. | : | NO. 24-4160 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| EPSILON DATA MANAGEMENT, LLC, et al. | : | NO. 24-4168 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| PEOPLE DATA LABS, INC., et al. | : | NO. 24-4171 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| LABELS & LISTS, INC | : | NO. 24-4174 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CLARITAS, LLC, et al. | : | NO. 24-4175 |

-7-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4176 |
| INNOVIS DATA SOLUTIONS INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4178 |
| ACCURATE APPEND, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4181 |
| DATA AXLE, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4182 |
| REMINE INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4184 |
| LUSHA SYSTEMS, INC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4217 |
| TELTECH SYSTEMS, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4227 |
| PEOPLECONNECT, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4230 |
| CORELOGIC, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4233 |
| BLACK KNIGHT TECHNOLOGIES, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4256 |
| ZILLOW, INC., et al. | : | |

-9-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4261 |
| EQUIMINE, INC., et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4269 |
| THOMSON REUTERS CORPORATION, et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4271 |
| CHOREOGRAPH LLC, et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4288 |
| TRANSUNION, LLC., et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4292 |
| MELISSA DATA CORP., et al. | : | |

_____

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4298
EQUIFAX INC., et al.            :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4299
SPOKEO, INC, et al.             :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4324
RESTORATION OF AMERICA,         :
et al.                          :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4345
i360, LLC, et al.               :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4354
TELNYX LLC, et al.              :
_____
```

```
ATLAS DATA PRIVACY               :        CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :        NO. 24-4380
GOHUNT, LLC, et al.              :
_____

ATLAS DATA PRIVACY               :        CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :        NO. 24-4383
ACCUZIP, INC., et al.            :
_____

ATLAS DATA PRIVACY               :        CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :        NO. 24-4385
SYNAPTIX TECHNOLOGY, LLC,        :
et al.                           :
_____

ATLAS DATA PRIVACY               :        CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :        NO. 24-4389
JOY ROCKWELL ENTERPRISES,        :
INC., et al.                     :
_____

ATLAS DATA PRIVACY               :        CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :        NO. 24-4390
FORTNOFF FINANCIAL, LLC,         :
et al.                           :
_____
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4392 |
| MYHERITAGE, LTD., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4434 |
| E-MERGES.COM, INC. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4442 |
| WILAND, INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4447 |
| ATDATA, LLC, et al. | : | |

___

| | | |
|---|---|---|
| JOHN DOE-1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al. | : | NO. 24-4566 |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4571 |
| PRECISELY HOLDINGS, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4609 |
| NUWBER, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4664 |
| ROCKETREACH LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4696 |
| OUTSIDE INTERACTIVE, INC. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4770 |
| VALASSIS DIGITAL CORP., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THE LIFETIME VALUE CO. LLC, et al. | : : : | NO. 24-4850 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| BELLES CAMP COMMUNICATIONS, INC., et al. | : : : | NO. 24-4949 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| FIRST AMERICAN FINANCIAL CORPORATION, et al. | : : : | NO. 24-5334 |

ORDER

AND NOW, this 22nd day of April 2024, it is hereby ORDERED that:

(1) the Court will hold a status conference in the above actions on Tuesday, May 7, 2024 at 2:00 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey[1]; and

---

1. The Court at the status conference on April 18, 2024 stated that the status conference on May 7, 2024 would commence at 10:00 AM. Several orders indicating this time have been docketed. The parties should disregard the 10:00 AM time and be present for the status conference on May 7, 2024 at 2:00 PM.

-15-

(2) the above actions are stayed through May 7, 2024, except as to any motions of Plaintiffs to remand and supporting briefs.

BY THE COURT:

/s/  Harvey Bartle III
                     J.