UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                   **DATE OF PROCEEDINGS: 05/07/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #**   CV 24-4949 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
       v.
BELLES CAMP COMMUNICATIONS, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE


Time commenced:  3:54 PM                              Time Adjourned: 3:56 PM

Total:  2 minutes


                                                 s/ *David Bruey*
                                                 **DEPUTY CLERK**