# BLANKROME

300 Carnegie Center | Suite 220 | Princeton, NJ 08540
A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner
blankrome.com

*Phone:*    *(609) 750-7700*

*Fax:*    *(609) 750-7701*

June 10, 2024

***VIA ELECTRONIC COURT FILING SYSTEM***

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
    Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:    *Atlas Data Privacy Corporation v. Belles Camp*
        *Communications Inc., et al.,*
        *Civil Docket No.: 1:24-cv-04949 HB*

        Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs'
        Complaint

Dear Judge Barlte:

This firm represents the Defendant Belles Camp Communications, Inc. ("Defendant") in the above-referenced matter.

We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v.* Lightbox Parent, L.P., No. 1:24-cv-04105-HB (D.N.J) (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

**BLANK ROME LLP**

/s/ Stephen M. Orlofsky
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANNELLA
GREGORY A. BAILEY
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Stephen.Orlofsky@BlankRome.com
Philip.Yannella@BlankRome.com
Gregory.Bailey@BlankRome.com

001245.00001/135801352v.1