# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BELLES CAMP COMMUNICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:24-cv-04949-HB<br><br>*Electronically Filed*<br><br>**WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Gregory A. Bailey of the law firm Blank Rome LLP withdraws his appearance as counsel for Defendant Belles Camp Communications, Inc. in the above-captioned matter. Blank Rome LLP will remain as counsel.

Dated: August 21, 2024

Respectfully submitted,

/s/ *Gregory A. Bailey*
GREGORY A. BAILEY
**BLANK ROME LLP**
*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANELLA (DNJ admission forthcoming)
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile: (609) 897-7286
Stephen.Orlofsky@BlankRome.com
Philip.Yanella@BlankRome.com
Gregory.Bailey@BlankRome.com

*Attorneys for Defendant*
 *Belles Camp Communications, Inc.*

## CERTIFICATE OF SERVICE

     I, Gregory A. Bailey, Esquire, hereby certify that I caused a true and correct copy of the foregoing Withdrawal of Appearance in the above captioned matter to be served on all counsel of record via the Court's electronic filing system.

                                                     **BLANK ROME LLP**

Dated: August 21, 2024                  */s/ Gregory A. Bailey*
                                                GREGORY A. BAILEY