# BLANKROME

300 Carnegie Center | Suite 220 | Princeton, NJ 08540
A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner
blankrome.com

*Phone:*      *(609) 750-7700*
*Fax:*        *(609) 750-7701*

September 16, 2024

*VIA ELECTRONIC COURT FILING SYSTEM*

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> Re:   *Atlas Data Privacy Corporation v. Belles Camp*
>       *Communications Inc., et al.,*
>       *Civil Docket No.: 1:24-cv-04949 HB*
>       Joinder in Defendants' Consolidated Reply in Support of Motion to
>       Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

We represent the Defendant Belles Camp Communications, Inc. ("Defendant") in the above-referenced matter.

We write to advise this Court that Defendant joins the Reply Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint, which was filed on September 13, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105-HB (D.N.J) (the "Reply"). For the reasons set forth in the Reply, Defendant respectfully requests that this Court grant the Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

**BLANK ROME LLP**

/s/ Stephen M. Orlofsky
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANNELLA
THOMAS P. CIALINO
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Stephen.Orlofsky@BlankRome.com
Philip.Yannella@BlankRome.com
Thomas.Cialino@BlankRome.com

cc: All Counsel of Record (via ECF)

001245.00001/150559099v.1