# BLANKROME

300 Carnegie Center | Suite 220 | Princeton, NJ 08540

A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner

blankrome.com

*Phone:* **(609) 750-7700**

*Fax:* **(609) 750-7701**

October 14, 2024

<u>*Via Electronic Court Filing System*</u>

Honorable Harvey Bartle III, U.S.D.J.
U. S. District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re: *Atlas Data Privacy Corporation v. Belles Camp Comm. Inc., et al.,*
           Civil Docket No.: 1:24-cv-04949 HB
           Joinder in Defendants' Consolidated Supplemental Reply in
           Support of Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

    We represent the Defendant Belles Camp Communications, Inc. ("Defendant") in the above-referenced matter.

    We write to advise this Court that Defendant joins the Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint, which was filed on October 11, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105-HB (D.N.J) (the "Supplemental Reply"). For the reasons set forth in the Supplemental Reply, Defendant respectfully requests that this Court dismiss Plaintiffs' Complaint in this matter with prejudice.

                                    Respectfully submitted,

                                    **BLANK ROME LLP**

                                    <u>/s/ Stephen M. Orlofsky</u>
                                    Stephen M. Orlofsky
                                    New Jersey Resident Partner
                                    Philip N. Yannella
                                    Thomas P. Cialino
                                    300 Carnegie Center, Suite 220
                                    Princeton, NJ 08540
                                    Stephen.Orlofsky@BlankRome.com
                                    Philip.Yannella@BlankRome.com
                                    Thomas.Cialino@BlankRome.com

cc:     All Counsel of Record *(via ECF)*

150741061