# BLANKROME

300 Carnegie Center | Suite 220 | Princeton, NJ 08540

A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner

blankrome.com

Phone:       (609) 750-7700
Fax:         (609) 750-7701

October 15, 2024

<u>VIA ELECTRONIC COURT FILING SYSTEM</u>

Honorable Harvey Bartle III, U.S.D.J.
U. S. District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

   Re: *Atlas Data Privacy Corporation v. Belles Camp Comm. Inc., et al.,*
     *Civil Docket No.: 1:24-cv-04949 HB*
     <u>Joinder in Defendants' Consolidated Supplemental Reply in Support of Motion to Dismiss Plaintiffs' Complaint</u>

Dear Judge Bartle:

  We represent the Defendant Belles Camp Communications, Inc. ("Defendant") in the above-referenced matter. Please disregard ECF #32 as filed on October 14, 2024 in error as a motion.

  We write to advise this Court that Defendant joins the Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint, which was filed on October 11, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105-HB (D.N.J) (the "Supplemental Reply"). For the reasons set forth in the Supplemental Reply, Defendant respectfully requests that this Court dismiss Plaintiffs' Complaint in this matter with prejudice.

           Respectfully submitted,

           **BLANK ROME LLP**

           <u>/s/ Stephen M. Orlofsky</u>
           STEPHEN M. ORLOFSKY
           New Jersey Resident Partner
           PHILIP N. YANNELLA
           THOMAS P. CIALINO
           300 Carnegie Center, Suite 220
           Princeton, NJ 08540
           Stephen.Orlofsky@BlankRome.com
           Philip.Yannella@BlankRome.com
           Thomas.Cialino@BlankRome.com

cc:  All Counsel of Record *(via ECF)*

150741061