# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>    Plaintiffs,<br> v.<br><br>BELLES CAMP COMMUNICATIONS,, INC., et al.<br><br>    Defendants. | Case No. 1:24-cv-04949<br><br>**PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for Plaintiff Atlas Data Privacy Corporation ("Atlas") certifies as follows:

1. Atlas is a non-governmental corporation.

2. Atlas does not have any parent companies and no publicly held corporation owns 10% or more of such company's stock.


Dated: December 10, 2024  
West Orange, New Jersey

**PEM LAW LLP**

 */s/ Rajiv D. Parikh*  
Rajiv D. Parikh, Esq. (032462005)  
1 Boland Drive  
West Orange, New Jersey 07052  
Tel.: (973) 577-5500  
rparikh@pemlawfirm.com

4912-9993-1905.1