# BLANKROME

300 Carnegie Center | Suite 220 | Princeton, NJ 08540

A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner

blankrome.com

*Phone:*   (609) 750-7700

*Fax:*   (609) 750-7701

March 18, 2025

<u>VIA ELECTRONIC COURT FILING SYSTEM</u>

Honorable Harvey Bartle III, U.S.D.J.
U. S. District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *Atlas Data Privacy Corporation v. Belles Camp Comm. Inc., et al.,*
               Civil Docket No.: 1:24-cv-04949 HB
               <u>Joinder in Defendants' Consolidated Motions to Dismiss Plaintiffs' Complaint</u>

Dear Judge Bartle:

      We represent the Defendant Belles Camp Communications, Inc. ("Defendant") in the above-referenced matter. We write to advise this Court that Defendant joins: in: 1) the Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6) that was filed in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group, Inc.*, Case No. 1:24-cv-04075-HB (D.N.J) and 2) the Consolidated Motion to Dismiss Pursuant to FRCP 12(b)(2) that was filed in the action captioned as *Atlas Data Privacy Corporation, et al. v. GoHunt, LLC, et al.*, Case No. 1:24-cv-04380-HB (D.N.J) (collectively, the "Consolidated Motions to Dismiss").

      In addition, contemporaneous with the filing of this correspondence, Defendant is filing a Supplemental Brief in Support of its Motions to Dismiss Plaintiffs' Complaint (the "Supplemental Brief"). For the reasons set forth in the Consolidated Motions to Dismiss and the Supplemental Brief, Defendant respectfully requests that this Court dismiss Plaintiffs' Complaint with prejudice.

                                          Respectfully submitted,

                                          **BLANK ROME LLP**

                                          <u>/s/ Stephen M. Orlofsky</u>
                                          STEPHEN M. ORLOFSKY
                                          PHILIP N. YANNELLA
                                          THOMAS P. CIALINO
                                          300 Carnegie Center, Suite 220
                                          Princeton, NJ 08540
                                          Stephen.Orlofsky@BlankRome.com
                                          Philip.Yannella@BlankRome.com
                                          Thomas.Cialino@BlankRome.com

cc:      All Counsel of Record (*via ECF*)

153478812