UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   June 16, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**   **DOCKET NO.:** 24-4949 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
BELLES CAMP COMMUNICATIONS, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   MOTION HEARING; STATUS CONFERENCE

Hearing on [48] and [65] Motions to Dismiss held on the record.
Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   12:06p.m.   Time Adjourned:   12:10p.m.   Total Time in Court: 0:04