IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| WE INFORM, LLC, et al. | : | NO. 24-4037 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| INFOMATICS, LLC, et al. | : | NO. 24-4041 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| THE PEOPLE SEARCHERS, LLC, et al. | : | NO. 24-4045 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| DELVEPOINT, LLC, et al. | : | NO. 24-4096 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| QUANTARIUM ALLIANCE, LLC, et al. | : | NO. 24-4098 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| EQUIMINE, INC., et al. | : | NO. 24-4261 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| MELISSA DATA CORP., et al. | : | NO. 24-4292 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| GOHUNT, LLC, et al. | : | NO. 24-4380 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| NUWBER, INC., et al. | : | NO. 24-4609 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| BELLES CAMP COMMUNICATIONS, INC., et al. | : : | NO. 24-4949 |

```
ATLAS DATA PRIVACY                  :    CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
SPY DIALER, INC., et al.            :    NO. 24-11023


ATLAS DATA PRIVACY                  :    CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
LIGHTHOUSE LIST COMPANY, LLC,       :    NO. 24-11443
et al.                              :


ATLAS DATA PRIVACY                  :    CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
PEOPLEWHIZ, INC., et al.            :    NO. 25-237


ATLAS DATA PRIVACY                  :    CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
FIRST DIRECT, INC., et al.          :    NO. 25-1480
                                    :


ATLAS DATA PRIVACY                  :    CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
GREENFLIGHT VENTURE CORP., et       :    NO. 25-1517
al.                                 :
```

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
INNOVATIVE WEB SOLUTIONS,       :        NO. 25-1535
LLC, et al.                     :
```

ORDER

AND NOW, this 17th day of June 2025, after a status conference with counsel, it is hereby ORDERED that:

(1)  Plaintiffs shall file, on or before June 30, 2025, any motion to compel defendants to respond to interrogatories and requests for production of documents related to the issue of personal jurisdiction;

(2)  any responsive briefs shall be filed on or before July 14, 2025;

(3)  any reply brief shall be filed on or before July 22, 2025.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.