

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

October 29, 2025

**VIA CM/ECF**

Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:   *In re: Daniel's Law Compliance Litigation* **(24-4096; 24-4098; 24-4261; 24-4292; 24-4380; 24-4609; 24-4949; 24-11023; 24-11443; 25-237; 25-1480; 25-1517; 25-1535)**

Dear Judge Bartle:

    We write on behalf of the Plaintiffs to respectfully request a 30-day extension of the deadline to complete depositions on the issue of personal jurisdiction in the above-referenced actions. On September 12, 2025, the Court entered an Order directing Plaintiffs to complete personal jurisdiction depositions by October 30, 2025. Plaintiffs are currently discussing settlement with a number of the defendants and request additional time up to and through December 1, 2025, to allow the parties to explore early resolution of this matter. The Defendants listed below consent to this extension.

- DELVEPOINT, LLC, et al. (24-4096);
- EQUIMINE, INC., et al. (24-4261);
- MELISSA DATA CORP., et al. (24-4292);
- GOHUNT, LLC, et al. (24-4380);
- NUWBER, INC., et al. (24-4609);
- BELLES CAMP COMMUNICATIONS, INC., et al. (24-4949);
- SPY DIALER, INC., et al. (24-11023);
- LIGHTHOUSE LIST COMPANY, LLC, et al. (24-11443);
- PEOPLEWHIZ, INC., et al. (25-237);
- INNOVATIVE WEB SOLUTIONS, LLC, et al. (25-1535)
- GREENFLIGHT VENTURE CORP., (25-1517); and

Hon. Harvey Bartle, III, U.S.D.J.
October 29, 2025
Page **2** of **2**

- QUANTARIUM ALLIANCE, LLC, (24-4098)

Plaintiffs requested, but did not receive, a response from Defendant FIRST DIRECT, INC. (25-1480).

We thank the Court for its consideration.

                                       Respectfully submitted,

                                       **PEM LAW LLP**
                                       *Attorney for Plaintiffs*

By:      s/ *Jessica A. Merejo*

              JESSICA A. MEREJO

c: Counsel of record (via CM/eCF and electronic mail)