| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh, Esq. (032462005)<br>Jessica A. Merejo, Esq. (288592020)<br>1 Boland Drive, Suite 101<br>West Orange, New Jersey 07052<br>Tel.: (973) 577-5500<br>Email: rparikh@pemlawfirm.com<br>       jmerejo@pemlawfirm.com<br><br>*Attorneys for Plaintiffs* | **BLANK ROME LLP**<br>*A Pennsylvania LLP*<br>STEPHEN M. ORLOFSKY<br>New Jersey Resident Partner<br>PHILIP N. YANNELLA<br>THOMAS P. CIALINO<br>300 Carnegie Center, Suite 220<br>Princeton, New Jersey 08540<br>Telephone: (609) 750-2646<br>Facsimile: (609) 897-7286<br>Stephen.Orlofsky@BlankRome.com<br>Philip.Yannella@BlankRome.com<br>Thomas.Cialino@BlankRome.com<br><br>*Attorneys for Defendant, Belles Camp Communications, Inc.* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>           Plaintiffs,<br><br>                    v.<br><br>BELLES CAMP COMMUNICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>           Defendants. | Civil Action No. 1:24-cv-04949-HB<br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to F. R. Civ. P. 41, it is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe-1,

a law enforcement officer, Jane Doe-2, a law enforcement officer, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan (collectively "Plaintiffs") and Defendant Belles Camp Communications Inc. ("Defendant"), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

The Parties, and any other person subject to the terms of the agreement dated January 5, 2026, agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the agreement.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By: *s/ Jessica A. Merejo*
    JESSICAA. MEREJO

**BLANK ROME LLP**
*Attorneys for Defendants.*

By: *s/ Philip N. Yannella*
    PHILIP N. YANNELLA

Dated: March 12, 2026